# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02508-REB

LOUIS C. APODACA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

# FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Reversing Disability Decision and Remanding to Commissioner** [#18] entered by Judge Robert E. Blackburn on May 3, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**;

2. That this case is **REMANDED** to the ALJ, who is directed to

    a.    Reevaulate plaintiff's residual functional capacity, including, but not limited to, the effect thereon of plaintiff's moderate limitations in maintaining concentration, persistence, and pace, as well as considering the other moderate limitations supported by the medical evidence of record as set forth herein;

    b.    Recontact any treating, examining, or reviewing sources for further

        clarification of their findings, seek the testimony of additional medical or vocational experts, order additional consultative or other examinations, or otherwise further develop the record as she deems necessary;

c. Reevaluate his determination at steps 4 and 5 of the sequential evaluation; and

d. Reassess the disability determination.

DATED at Denver, Colorado, this 6th day of May, 2013.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
            Edward P. Butler
            Deputy Clerk